# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER TEMPLIN,<br><br>    Defendant. | Case No. 3:18-cr-00098-SLG-DMS-3 |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 258. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Deborah M. Smith by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Mr. Templin entered a guilty plea to Count 3 of the First Superseding Indictment, which is a violation of 21 U.S.C. § 841(a)(1), Distribution of a Controlled Substance.

Judge Smith issued a Final Report and Recommendation at Docket 274, in which she recommended that the District Court accept the Defendant's plea of guilty to Count 3 of the First Superseding Indictment, and admission of the criminal

forfeiture allegation. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 3 of the First Superseding Indictment – Distribution of a Controlled Substance, and Defendant is adjudged GUILTY of Count 3. The Court further finds that Defendant has ADMITTED the forfeiture allegation. An Imposition of Sentence hearing is confirmed for **February 5, 2021 at 11:30 a.m.** in Virtual Courtroom 2.

DATED this 20th day of November, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:18-cr-00098-SLG-DMS-3, *USA v. Templin*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:18-cr-00098-SLG-DMS   Document 275   Filed 11/20/20   Page 2 of 2